**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEVEN J. MABLE,** | : | |
| Petitioner | : | **CIVIL ACTION NO. 3:15-1138** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(MEHALCHICK, M.J.)** |
| **BRENDA L. TRITT, et al.,** | : | |
| Respondents | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Magistrate Judge Mehalchick's report and recommendation, (Doc. 18), is adopted to the extent that it recommends that the petitioner's motion to vacate a State Court judgment, (Doc. 16), be **DISMISSED**;

**(2)** the petitioner's petition for writ of habeas corpus is **REMANDED** to Magistrate Judge Mehalchick for consideration pursuant to 28 U.S.C. §2554.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 9, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1138-01-ORDER.wpd