## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**STEVEN J. MABLE,**                             :

       **Petitioner**                    :        **CASE NO. 3:15-CV-1138**

       **v.**                                    :           **(MANNION, D.J.)**
                                                       **(MEHALCHICK, M.J.)**

**BRENDA L. TRITT, et al.,**                    :

       **Respondents**                 :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Steven J. Mable's petition for writ of habeas corpus (Doc. 1), is **DENIED** and **DISMISSED WITH PREJUDICE**.

2. There is no probable cause to issue a certificate of appealability.

3. Petitioner's motion for expedited consideration is **DISMISSED AS MOOT**.

4. The Clerk is directed to close this case.

                                                              s/ *Malachy E. Mannion*
                                                              **MALACHY E. MANNION**
                                                              **United States District Judge**

Date: October 31, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1138-02-ORDER.wpd