# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. MABLE, | : | |
| Petitioner | : | CASE NO. 3:15-CV-1138 |
| v. | : | (MANNION, D.J.) |
| | | (MEHALCHICK, M.J.) |
| BRENDA L. TRITT, et al., | : | |
| Respondents | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

Petitioner Steven J. Mable's motion for reconsideration and/or Rule 60(b) motion regarding the court's Order, (Doc. 47), denying his petition for writ of habeas corpus and dismissing his case with prejudice, **(Doc. 51)**, is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 10, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1138-03-ORDER.wpd